```
                FILED
        CLERK, U.S. DISTRICT COURT

            MR 1 2009

        CENTRAL DISTRICT OF CALIFORNIA
        BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-348-DOC |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); |
| THUNDER ACQUARIAN ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>defendant's history of non-compliance; there</u>

1  are no known bail resources at this time.

4  and/or

5  B.  (X) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: the underlying charges and criminal history.

14  IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17  Dated: April 1, 2009

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE